## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA<br>Plaintiff,<br>v.<br>STEVEN QUINN HERRERA<br>Defendant | §<br>§<br>§<br>§<br>§ | Case Number: 05-2023-MM-045810-AXXX-XX<br><br>NOTICE OF REMOVAL FROM<br>COURT OF BREVARD COUNTY TO<br>United States middle district court |

_____/

### NOTICE OF REMOVAL

**TAKE NOTICE THAT** *pursuant to;* The United States Constitution, in Article III, § 2, gives the Congress the power to permit federal courts to hear diversity cases through legislation authorizing such jurisdiction

**AND TAKE FURTHER NOTICE THAT** the matter is to be heard in United States middle district court of (FLORIDA).

**AND TAKE FURTHER NOTICE THAT** an affidavit for Notice of Removal has been filed with this court and United States middle district court of (FLORIDA),

Month of _September_ day of _13th_ two thousand and _2023_

[ UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]
*Note: The reference of UCC codes/statutes does not confer jurisdiction or create adhesion or contract nor should it be assumed or presumed to create contract.*

State of (FLORIDA)

)ss.

County of _Brevard_ )

I have hereunto set my hand and seal of office. On this month of _September_ Day of _13_, two thousand and _23_   Notary Public _Janet Watson_

Seal:  
JANET WATSON  
Notary Public - State of Florida  
Commission # HH 135310  
My Comm. Expires May 27, 2025  
Bonded through National Notary Assn.

Month of _September_ day of _13th_ two thousand and _2023_

_Steven-Quinn: Herrera (A.R.E)_
Steven-Quinn: Herrera

Address: C/o 875 Doat Street
Palm Bay, Florida near [32909]
Phone: (321) 759-9554